COMMONWEALTH of Pennsylvania, Respondent

v.

**Hamett DIAZ, Petitioner**

**No. 54 MAL 2017**

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**